UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION -- LEXINGTON

| | |
|---|---|
| UNITED STATES of AMERICA,<br>    Plaintiff,<br><br>V.<br><br>JEREMY DONTE HURDLE,<br>    Defendant. | CRIMINAL NO. 5:23-CR-27-KKC<br><br><br>**OPINION AND ORDER** |

*** *** ***

This matter is before the Court on a Motion to Dismiss the Indictment by Defendant Jeremy Donte Hurdle (DE 16). Hurdle was indicted for possessing a firearm as a convicted felon in violation of 18 U.S.C. § 922(g)(1) (DE 1). Hurdle states in his motion to dismiss that his prior felonies include: (1) Delivery of a Schedule II Drug (Oxycodone) in violation of Tennessee Code 39-17-1417; (2) Especially Aggravated Burglary in violation of Tennessee Code 39-14-404; and (3) Assault Under Extreme Emotional Disturbance in violation of KRS § 508.040. The United States has not disputed that these are Hurdle's prior felonies, so the Court will assume it is true.

Hurdle argues that the Second Amendment requires his indictment be dismissed unless the government can show that § 922(g)(1) is consistent with our Nation's historical tradition of firearm regulation. Judge Van Tatenhove extensively analyzed this issue in *United States v. Goins*, No. 522CR00091GFVTMAS1, 2022 WL 17836677 (E.D. Ky. Dec. 21, 2022). The Court agrees with that analysis and finds it applicable to this case. For the reasons stated in Judge Van Tatenhove's opinion, the Court finds that 18 U.S.C. § 922(g)(1)

is not unconstitutional as applied to Hurdle since his prior felonies were violent in nature and represent a serious and direct threat to public safety. To the extent that Hurdle argues that 18 U.S.C. § 922(g)(1) is facially unconstitutional, that claim fails since the statute is valid under the present circumstances. *See United States v. Salerno*, 481 U.S. 739, 745 (1987) ("A facial challenge to a legislative Act is. . . the most difficult to mount successfully, since the challenger must establish that no set of circumstances exists under which the Act would be valid.").

Accordingly, the Court hereby ORDERS that Hurdle's motion to dismiss (DE 16) is **DENIED**.

This 13th day of September, 2023.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY